IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| TIMOTHY T. WELCH, and his lawful wife, DIANA WELCH | CIVIL ACTION NO. 5:19-CV-03555-JMC |
| Plaintiffs, | |
| v. | |
| FRANKLIN L. NAYLOR, individually, and HORNE BROTHERS CONSTRUCTION, INC., | **ORDER CONSOLIDATING RELATED CASES FOR DISCOVERY PURPOSES** |
| Defendants | |
| GEORGE L. WASHINGTON and his lawful wife, SELENA WASHINGTON | CIVIL ACTION NO. 5:19-CV-03554-JMC |
| Plaintiffs, | |
| v. | |
| FRANKLIN L. NAYLOR, individually, and HORNE BROTHERS CONSTRUCTION, INC., | |
| Defendants | |

## ORDER CONSOLIDATING CASES FOR DISCOVERY PURPOSES ONLY

This matter comes before the court on the parties' joint request for consolidation of two related cases, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, for an Order of this Court consolidating Civil Action No.: 5:19-CV-03555-JMC and CIVIL ACTION NO. 5:19-CV-03554-JMC for discovery only.

Both cases have a significant overlap in the legal and factual issues arising from the case styled *Timothy T. Welch and his lawful, Diana Welch, v. Franklin L. Naylor, individually, and Horne Brothers Construction, Inc.*, and identified by Docket No.: 5:19-CV-03555-JMC (the "Welch Lawsuit") with the case styled George L. *Washington, and his lawful wife, Selena Washington v. Franklin L. Naylor, individually, and Horne Brothers Construction, Inc.*, and

identified by Docket No.: 5:19-CV-03554-JMC (the "Washington Lawsuit"); consolidating the Welch Lawsuit and the Washington Lawsuit for the limited purpose of discovery only will conserve judicial resources, promote efficiency during pretrial proceedings and eliminate duplicative discovery; and all parties before this Court in the Welch Lawsuit and the Washington Lawsuit have consented to consolidation for the limited purpose of discovery.

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 42(a), it is ORDERED, ADJUDGED and DECREED that the joint request to consolidate related cases for Discovery Purposes Only is and should be GRANTED and discovery for the Welch Lawsuit, Docket No.: 5:19-CV-03555-JMC, is hereby consolidated with discovery for the Washington Lawsuit, Docket No.: 5:19-CV-03554-JMC.

_J. Michelle Childs_
J. Michelle Childs
United States District Judge

March 13, 2020
Columbia, South Carolina